RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _____
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RICKY THOMPSON | CIVIL ACTION NO. 3:10-cv-0710 |
| VS. | SECTION P |
| | JUDGE ROBERT G. JAMES |
| CITY OF MONROE | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief may be granted, and for seeking money damages against defendants who are immune from suit pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

MONROE, LOUISIANA, this 29 day of September, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE